927 A.2d 1287

IN THE MATTER OF THE LIQUIDATION OF
INTEGRITY INSURANCE COMPANY.

July 6, 2007.

ORDERED that the motion for leave to appeal is granted.

927 A.2d 1287

IN THE MATTER OF CAT COMMUNICATIONS INTERNATIONAL,
INC., REQUESTING THAT SPRINT COMMUNICATIONS CO.
BE REQUIRED TO ALLOW DIAL AROUND CALLING AND
ALTERNATIVELY FOR RELIEF FROM THE PAYMENT OF
VERIZON'S TARIFF FOR BLOCKING DIAL AROUND CALLS.

July 18, 2007.

ORDERED that the motion of CAT Communications International, Inc., for leave to appeal is granted, and the Order of the Superior Court, Appellate Division, filed March 15, 2007, is summarily modified to establish the amount of the supersedeas bond at $6 million; and it is further

ORDERED that appellant shall post the supersedeas bond within fourteen days of the filing date of this Order or its appeal shall be dismissed. Jurisdiction is not retained.

927 A.2d 1287

O'BRIEN (NEWARK) COGENERATION, INC., PLAINTIFF–RE-
SPONDENT, v. AUTOMATIC SPRINKLER CORPORATION
OF AMERICA, DEFENDANT–PETITIONER.

July 31, 2007.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the notice of petition for certification is dismissed.